

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NOS. 2-09-007-CR
### 2-09-008-CR

BENITO T. MENDEZ JR.                                    APPELLANT

V.

THE STATE OF TEXAS                                            STATE

----------

## FROM THE 297TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1] AND JUDGMENT

----------

We have considered appellant's "Motion To Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

PER CURIAM

PANEL: LIVINGSTON, DAUPHINOT, and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)
DELIVERED: February 19, 2009

---

[1] *See* Tex. R. App. P. 47.4.